IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COLORNET PRINTING AND GRAPHICS, INC. | ) ) ) |
| *Plaintiff*, | ) ) ) Civil Action No. 1:13-cv-00490 AJT/TCB |
| *vs.* | ) ) ) |
| DAVID O. NESTOR, *et al.*, | ) ) |
| *Defendants*. | ) |

## **PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURE STATEMENT**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's Order entered May 16, 2013, Plaintiff ColorNet Printing and Graphics, Inc. ("ColorNet") makes the following pretrial disclosures. ColorNet reserves its right to supplement and amend these lists in light of any order regarding the scope of the trial or in light of any information submitted by Defendants as part of their pretrial filings or otherwise, or arising from any documents Defendants have produced or may produce following the conclusion of the fact discovery period.

**I.     WITNESSES WHOM DEFENDANTS EXPECT TO CALL.**

In accordance with Rule 26(a)(3)(A)(i), hereby submits its list of witnesses for the trial yet to be scheduled between ColorNet and Defendants David O. Nestor and Good Printers, Inc. ("Defendants"). ColorNet has not listed witnesses whom it may need for impeachment or rebuttal purposes. ColorNet also reserves the right to call or solicit testimony from any witness that appears on Defendants' witness lists. ColorNet understands Defendants have the addresses and telephone numbers of all witnesses named below. However, should Defendants require additional contact information, Defendants may contact undersigned counsel. In alphabetical

order, the witnesses that ColorNet expects to present at trial as part of its case in chief, and the witnesses that ColorNet may call if the need arises, are as follows:

| Fact Witness Name | Will Call | May Call |
|---|---|---|
| Capitol Building Supply, Inc. | | X |
| ColorNet Printing and Graphics, Inc. | X | |
| Department of Commerce Federal Credit Union | | X |
| Good Printers, Inc. (through its representative, Michael Fornadel) | X | |
| Electronic Merchant Systems, Inc. | X | |
| Steve Elliott | | X |
| Mary Lucas | | X |
| Paul Lucas | | X |
| Library of Congress Federal Credit Union | | X |
| Maggpie Communications, Inc. (through its representative, Shari Connealy) | | X |
| David Nestor | X | |
| **Expert Witness Name** | | |
| G. Thorn McDaniel, III | X | |

**II. WITNESSES WHOSE TESTIMONY DEFENDANTS EXPECT TO PRESENT BY DEPOSITION.**

In accordance with Rule 26(a)(3)(A)(ii), ColorNet may present the testimony of Clear Choice Federal Credit Union by deposition (recorded by video and stenographer), as referenced by the following page and line numbers of the transcripts:

8:2 to 9:6
10:11 to 10:14
22:2 to 23:12

23:19 to 25:5
25:18 to 26:17
28:10 to 28:16
29:2 to 29:15
31:2 to 31:13
31:17 to 31:20
32:2 to 32:8
32:22 to 34:16
34:19 to 35:7
35:9 [beginning with "does"] to 35:13
35:16 to 35:19
36:5 to 36:14
44:17 to 45:21
48:3 [beginning with "what"] to 48:9
49:14 to 50:6 [ending with "vendor"]
50:9 to 50:12
51:6 to 54:8
55:6 [beginning with "Ms."] to 56:16
56:21 [beginning with "Ms."]
58:21 to 59:7
59:21 to 60:7
60:13 to 60:15
65:10 to 65:12
65:21 to 66:4
66:7 to 67:2
67:7 to 67:18
68:9 [beginning with "What"] to 68:21
69:6 [beginning with "Do"] to 69:9
72:11 to 72:20
73:2 to 73:5
75:18 to 75:22
76: 5
76:9
76:11 to 77:7
78:15 to 79:6
79:10 to 80:1
83:18 [beginning with "Do"] to 84:5
90:21 [beginning with "when"] to 91:15 [ending with "designers"]
91:20 to 91:21

**III.  EXHIBITS DEFENDANTS EXPECT TO USE AT TRIAL.**

In accordance with Rule 26(a)(3)(A)(iii), attached hereto and incorporated by reference

herein as Exhibit A is a list of exhibits ColorNet expects to offer at trial. ColorNet reserves the right

to use demonstrative exhibits not listed in Exhibit A during trial.  In addition, ColorNet reserves the right to use any exhibit identified in Defendants' Rule 26(a)(3) disclosures, or otherwise identified or offered by Defendants.  It further reserves the right to offer any document or transcript designed to impeach or rebut the testimony of Defendants or any of Defendants' witnesses and to supplement this response as necessary.

Dated:  October 16, 2013                        Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
   PORDY & ECKER, P.A.**

By:   /s/ Gregory D. Grant_____
Gregory D. Grant (VSB No. 31784)
Michael A. Schulman (VSB No. 83328)
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
                (703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
mschulman@shulmanrogers.com

*Counsel for Plaintiff
ColorNet Printing and Graphics, Inc.*

# **CERTIFICATE OF SERVICE**

        I hereby certify that, on this 16th day of October 2013, I will electronically file the foregoing Plaintiff's Rule 26(a)(3) Pretrial Disclosure Statement with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following persons:

        Kevin M. Rose, Esq.
        3190 Peoples Drive
        Harrisonburg, VA 22801
        krose@botkinrose.com

        /s/ Gregory D. Grant
        Gregory D. Grant (Bar No. 31784)
        Michael A. Schulman (Bar No. 83328)
        Shulman, Rogers, Gandal,
           Pordy & Ecker, P.A.
        12505 Park Potomac Avenue, 6th Floor
        Potomac, Maryland 20854
        Telephone: (301) 230-5200 or
               (703) 684-5200
        Facsimile: (301) 230-2891
        ggrant@shulmanrogers.com
        mschulman@shulmanrogers.com

        *Counsel for Plaintiff*
        *ColorNet Printing and Graphics, Inc.*

**EXHIBIT A to Plaintiff's Rule 26(a)(3) Pretrial Disclosure Statement: Plaintiff's Proposed Trial Exhibits**

| Deposition Exhibit | Subject/Description | Bates Number |
|---|---|---|
|  | Nestor's Resignation Letter | CN_0020 |
|  | 6/1/2011 email re: Jim Pizzo | CN_0998 |
| 03 | 09/12/2013 email |  |
| 05 | 03/07/2013 email |  |
| 06 | 06/19/2013 email | DN3746-DN3747 |
| 07 | 07/02/2013 email | DN4198-DN4199 |
| 08 | 02/11/2013 email | DN471 |
| 09 | Phone bill 01/29/2013 to 02/28/2019 |  |
| 10 | 03/12/2013 email | DN58 |
| 11 | 03/15/2013 email | DN2260 |
| 12 | 04/05/2013 email | KC168 |
| 13 | 05/10/1013 email |  |
| 14 | 03/07/2013 email | DN91 |
| 20 | 04/10/2013 email |  |
| 22 | 04/29/2013 email |  |
| 24 | 05/01/2013 email | DN2734-2735 |
| 27 | 03/25/2013 email |  |
| 29 | 04/10/2013 email |  |
| 33 | 03/27/2013 email | DN1784-DN1785 |
| 34 | 05/22/13 email | PAG72-PAG-73 |
| 37 | 03/03/13 email |  |
| 39 | 08/08/13 email | PAG315 |
| 44 | 02/27/2013 email |  |
| 61 | Confidentiality Agreement between ColorNet and David Nestor dated 10/28/2005; Exhibit A to Complaint |  |
| 65 | 02/08/2013 email | DN466 |
| 66 | 07/24/2013 email | DN4062-DN4063 |
| 67 | 03/06/2013 email | DN602 |
| 68 | 02/04/2013 email |  |
| 73 | 02/15/2013 email |  |
| 74 | 02/25/2013 email | DN538 |
| 75 | 02/27/2013 email |  |
| 76 | 02/27/2013 email |  |

| | | |
|---|---|---|
| 77 | 03/12/2013 email | |
| 80 | 03/15/2013 email | |
| 82 | 03/11/2013 email | DN52 |
| 85 | 02/20/2013 email | |
| 88 | 02/07/2013 email | |
| 91 | 1/18/13 email | |
| 92 | 2/8/13 email | DN468 |
| 93 | 2/8/13 email | DN469 |
| 95 | 2/23/13 email | DN529 |
| 96 | 2/23/13 email | DN526 |
| 97 | 2/22/13 email | CN_0156 – CN_0158 |
| 98 | 3/1/13 email | CN_0898 |
| 100 | 3/1/13 email | |
| 101 | 9/17/13 email | |
| 102 | 4/19/13 email | |
| 103 | 4/19/13 email | |
| 107 | 7/18/13 email | |
| 109 | 9/30/13 email | |
| 112 | 03/05/2013 email | DN2544 |
| 141 | 06/04/2013 email | DN3740-DN3741 |
| 145 | 07/23/2013 email | DN2884 |
| 146 | 05/29/2013 Vendor Request Form | |
| 147 | 05/08/2013 email | ACS2963 |
| 152 | 03/21/2013 email | PL6 – PL9 |
| 153 | 03/05/2013 email | DN2542 |
| 157 | 02/28/2013 email | DN670 |
| 158 | 03/07/2013 email | DN129 |
| 159 | 03/21/2013 invoice from Good Printers to EMS | |
| 174 | 02/27/2013 email | |
| 175 | 03/06/2013 email | DN2546 |
| 176 | 03/07/2013 email | DN1507-DN1508 |
| 177 | 03/13/2013 email | DN2083-DN2085 |
| 178 | Good Printers Invoice 140096 | |
| 182 | 03/07/13 email | DN1509-DN1510 |
| 191 | 02/27/13 email | |
| 192 | 03/04/13 email | DN247 |
| 193 | 03/04/13 email | DN656 |
| 194 | 03/04/13 email | DN652 |
| 195 | 03/07/13 email | DN291 |

| 200 | 01/21/13 email | |
|---|---|---|
| 201 | 03/18/13 email | |
| 202 | 02/27/13 email | |
| 208 | 02/27/13 email | CN_0882 - CN_0886 |
| 210 | 03/05/13 email | DN2547 |
| 212 | 03/29/13 email | DN2126 - DN2128 |
| 215 | 02/28/13 email | |
| 216 | 03/01/13 email | |
| 223 | 03/05/13 email | DN2543 |
| 229 | 02/28/13 email | |
| 230 | 04/01/13 email | DN615 |
| 235 | 03/29/13 email | |
| 247 | 02/28/13 email | CN_0129 |
| 248 | Good Printers Payroll | DN5128-DN51249 |
| 252 | 03/4/13 email | DN251 |
| 254 | 03/05/13 email | DN435 |
| 255 | 02/28/13 email | CN_0887-CN_0888 |
| 256 | 03/06/13 email | DN645 |
| 257 | 02/23/13 email | CN_0996 |
| 258 | 02/25/13 email | CN_0147 |
| 259 | 02/27/13 email | DN567 |
| 260 | 03/02/13 email | CN_0997 |
| 261 | 02/26/13 email | DN545 |
| 262 | 07/9/13 email | CN_0926 – CN_0935 |
| 263 | 06/11/13 email | DN4164 |
| 264 | 02/27/13 email | DN561 |
| 265 | 02/28/13 email | CN_0895-CN_0897 |
| 267 | 05/28/13 email | DN2433 |
| 268 | 07/08/13 email | DN2871 |
| 269 | 06/14/13 email | DN4094 – DN4095 |
| 270 | 10/7/13 email | |
| 271 | 03/20/13 email | DN1958 |
| 273 | 04/01/13 email | DN2105 – DN2107 |
| 274 | EMS telephone recordings data | |
| 278 | Print Order | |
| 279 | ProAg Invoice | |
| 280 | 03/5/13 email | DN424 |

| 281 | 03/5/13 email | |
|---|---|---|
| 282 | 03/5/13 email | DN423 |
| 283 | Select Customers – Total 2013 Job Sales through 9/30/13 (10/9/13) (as updated through trial) | GP799 – GP815 |
| 284 | Select Customers – Total 2013 Job Sales through 9/30/13 (10/8/13) (as updated through trial) | GP798 |
| 285 | 03/05/13 email | DN1801 |
| 287 | 03/06/13 email | Maggie 0040 - 0041 |